**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GABRIEL STECKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:25-cv-00276-SEP |
| | ) | |
| BILL ANDERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Missouri Department of Mental Health's filing of the last known address for Defendant Susan (Robin) McNabb.  *See* Doc. [9] (under seal). Because Plaintiff Gabriel Stecker is proceeding *in forma pauperis*, the Court will direct the Clerk of Court to effectuate service of process through the United States Marshal's Office, using the address provided in Doc. [9].  *See* FED. R. CIV. P. 4(c)(3).  A copy of the summons and return of summons shall be filed under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall effectuate service of process via the United States Marshal's Office upon Defendant Susan (Robin) McNabb at the address provided in Doc. [9].

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and *ex parte*.

Dated this 23rd day of April, 2026.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE